●●●●○ Verizon 🛜   2:14 PM   ➤ ✻ 🔋

**New Message**   Cancel

11/08/2016, 2:04 PM

 Are you drinking?

no

why?

Earthquakes don't usually afflict the Midwest, but Trump was enough of a Richter event for the far-right to skitter out into daylight. At night, a drunken Marcus Epstein, the erstwhile Pat Buchanan researcher and far-rightist who was exposed for violently attacking a black woman in 2007, caromed down Euclid Avenue.

https://www.jacobinmag.com/2016/08/rnc-2016-donald-trump-cleveland-republican-convention/

Type a message...



convention/



**The Last Convention | Jacobin**

The Last Convention Ill fares the land in 2016 ... the shame of Cleveland ... America First ... 9/11=Inside Job ... Islamic Plots ... Alex Jones ... Build the Wall ... Police State Vibes ... Un-Amer...

jacobinmag.com

 

That's a complete lie

The fist I saw that.

11/08/2016, 2:14 PM

Yeah i can believe that

Seen

Will█████sends this all to me by the way

Type a message...

