

Marcus Epstein <marcusepstein@gmail.com>

# False claim that I was drunk at the GOP convention.

**Marcus Epstein** <marcusepstein@gmail.com>  Fri, Nov 11, 2016 at 12:23 PM
To: Micah Uetricht <micah.uetricht@gmail.com>

Dear Mr. Uetricht,

Thank you for removing the most patently untrue part, and you are correct that I would prefer that you do not include a correction. Nonetheless, the article still includes falsehoods that give off the false light that I was drunk.

Unfortunately, I have too limited a lexicon to fully understand your magazine.
I had never heard of the word "caromed" before I read the piece and I was too fixated on "drunken" to make much of it when I first wrote you.

According to Webster's dictionary, 'carom' means:

> 1. a shot in billiards in which the cue ball strikes each of two object balls
> b. a shot in pool in which an object ball strikes another ball before falling into a pocket — compare combination shot
> 2  a rebounding especially at an angle

I surmise that stating I "caromed down Euclid Avenue" meant I was either

> a) bumping into people, as a pool ball bumps ricochets off of other balls.
> b) zig zagging across the street as if I was bouncing off the walls.

I am certain I did not walk like this or in any manner that could end with the simile "like a cue ball striking two object balls." If this is not how your writers wished to portray me, would they please describe my gait without using any metaphorical verbs and explain why they thought this made me appear drunk. As my sobriety is essential to my reputation and journalists somehow believe its newsworthy to write about me walking down the street, I need to know this to help avoid any future defamatory stories.

Regardless, bumping into people and bouncing off the walls conjures up the appearance of intoxication in a reasonable person's mind. Thus, your revised sentence still creates the false light that I was drunk.

As much as I enjoy expanding my vocabulary, I do not have the time to go through this again after your next revision. Stripped of the falsehoods, all that's left is:

> "Marcus Epstein walked down the street in Cleveland during the GOP convention. Mr. Epstein was not a delegate, had no involvement in the Trump campaign, and has not worked in politics for several years. However, he used to work for Pat Buchanan and was arrested for misdemeanor assault over nine years ago, though the charges were ultimately dismissed."

I think your story can survive without this. I have no desire to turn this into a legal matter, so please save us both the trouble by removing the entire sentence.

Thank you.

On Thu, Nov 10, 2016 at 11:16 AM, Micah Uetricht <micah.uetricht@gmail.com> wrote:
> Hi Mr. Epstein,
>
> We have corrected the piece. I did not issue a correction at the bottom as I assumed doing so would simply draw more attention to the former text, but I can do so if you'd like.
>
> Best,
>
> Micah Uetricht
>
> On Wed, Nov 9, 2016 at 10:01 PM, Jacobin magazine <editor@jacobinmag.com> wrote:

8/7/2017 Gmail - False claim that I was drunk at the GOP convention.

Case 1:17-cv-04633-ARR-JO Document 1-3 Filed 08/07/17 Page 2 of 3 PageID #: 39

---------- Forwarded message ----------
From: **Marcus Epstein** <marcusepstein@gmail.com>
Date: Wednesday, November 9, 2016
Subject: False claim that I was drunk at the GOP convention.
To: Jacobin magazine <editor@jacobinmag.com>
Cc: Dan O'Sullivan <d.q.osullivan@gmail.com>

Dear Mr. Sunkara,

You said you would review this during business hours today, but the falsehoods about me remain uncorrected. I can only assume you did not review it, or you decided that you did not need to fix it.

Either way, it continues damages my reputation.

I will ask you one more time to please remove the entire passage about me immediately. Do not attempt to rewrite it in a way that creates the same false light about me while not explicitly stating I was drunk. There was no legitimate reason to mention me in the first place except to damage my reputation.

I am sure this is a busy time for you. However, this would not have been a problem had your reporters not written an intentional/reckless falsehood without making any attempt to contact me prior to publication, or had you or your other editors had the good sense to remove this non-newsworthy non-sequitur about a private individual from the article.

If this is not fixed by tomorrow (November 10), you will hear from my attorney.

Thank you.

On Tue, Nov 8, 2016 at 7:24 PM, Jacobin magazine <editor@jacobinmag.com> wrote:
> Hi Marcus,
>
> Thank you for bringing this to our attention. We'll review during business hours tomorrow and will make a correction as necessary.
>
> Best wishes,
> Bhaskar
>
> On Tue, Nov 8, 2016 at 2:29 PM, Marcus Epstein <marcusepstein@gmail.com> wrote:
>> This was just brought to my attention.
>>
>> https://www.jacobinmag.com/2016/08/rnc-2016-donald-trump-cleveland-republican-convention/
>>
>> "At night, a drunken Marcus Epstein, the erstwhile Pat Buchanan researcher and far-rightist who was exposed for violently attacking a black woman in 2007, caromed down Euclid Avenue."
>>
>> I was not drunk at the convention, and in fact have not drank in over nine years. I don't know where your reporters got that idea. I never spoke with them (or in the possibility that I spoke with them without knowing who they are, no one asked me if I was drinking). No one contacted me prior to publication (as I said, I just saw this piece for the first time today). I have a speech impediment that someone may have misinterpreted as slurred speech, but this is well known and it was still incredibly irresponsible for them to make such a representation.
>>
>> I no longer work in politics and I cannot be considered a public figure from even the most limited purposes and being in Cleveland during the convention does not change that. I have made some mistakes in my past related to the drinking, you are free to write

> whatever you feel about that, but my sobriety has been very important in me moving on with my life.
>
> Please immediately correct this on your website immediately, and if it was made in print, issue a correction.
>
> Thank you.
>
> --
>
> Marcus Epstein

> --
> Bhaskar Sunkara
> Editor, *Jacobin*
> (p) 914.318.7414
> 388 Atlantic Avenue
> Brooklyn, NY 11217
> http://jacobinmag.com

--
Marcus Epstein

--
Bhaskar Sunkara
Editor, *Jacobin*
(p) 914.318.7414
388 Atlantic Avenue
Brooklyn, NY 11217
http://jacobinmag.com

--
Marcus Epstein