UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS EPSTEIN,<br><br>                Plaintiff,<br><br>v.<br><br>JACOBIN FOUNDATION, LTD,<br>MICAH EUTRICHT, JEB LUND, DAN<br>O'SULLIVAN, BHASKAR SUNKARA,<br><br>                Defendants. | No. 1:17-cv-04633<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MICAH EUTRICHT AND DAN O'SULLIVAN**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Marcus Epstein, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against defendants Micah Eutricht and Dan O'Sullivan only.

Dated: November 24, 2017

Respectfully submitted,

*/s/ Noah B. Peters*
_____

Noah B. Peters, Esq.
1015 18th Street, N.W.
Suite 204
Washington, D.C. 20036
Tel:  (202) 499-4222
Fax:  (202) 318-7071
nbp@becounsel.com

**Counsel for Plaintiff**

1