# Ballard Spahr
LLP

───────────────────
919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Jeremy Kutner
Tel: 212.850.6107
Fax: 212.223.1942
kutnerj@ballardspahr.com

December 18, 2017

**_By ECF_**

The Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: _Marcus Epstein v. Jacobin Foundation, LTD, et al._, No. 17-cv-04633 (ARR) (JO)

Dear Judge Ross:

     This firm represents defendants Jacobin Foundation, Ltd., Bhaskar Sunkara, and Jeb Lund in the above-referenced action. We write on behalf of all parties to inform the Court that the parties have reached an agreement to resolve this matter, and that a stipulated dismissal of the matter will be filed within 28 days. Accordingly, the parties respectfully request that all currently operative deadlines be vacated.

                              Respectfully submitted,

                              BALLARD SPAHR LLP

                              By: _____
                                   Jeremy A. Kutner

cc:    Noah B. Peters, Esq. (via ECF)